# Court of Appeals
# of the State of Georgia

ATLANTA, December 30, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0873. DEBRA LANEY v. PARK GLENN COMMUNITY ASSOCIATION, INC.

Debra Laney, the plaintiff in this civil action against the Park Glenn Community Association, Inc. (the "Association"), filed a notice of appeal from the superior court's order scheduling a hearing on the Association's motion for attorney's fees.[1] This Court, however, lacks jurisdiction.

As a general rule, a direct appeal is permitted only from a judgment or order that is final, which means the case is no longer pending below. See OCGA § 5-6-34(a)(1); *Fein v. Chenault*, 330 Ga. App. 222, 227 (767 SE2d 766) (2014). Here, the court's scheduling order was not a final judgment, thus Laney was required to use the interlocutory appeal procedures — including obtaining a certificate of immediate review — to appeal this order. See OCGA § 5-6-34 (b). Her failure to do so deprives us of jurisdiction over this appeal.

---

[1] On August 26, 2025, the superior court awarded attorney fees to the Association and Laney filed a discretionary application seeking review of that order, which this Court denied. See Case No. A26D0108 (Oct. 23, 2025). Laney also has filed a separate direct appeal in Case No. A26A0883.

Accordingly, this direct appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* ___12/30/2025_____

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*